IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYSHA MELTON & ELIACIN JUARBE,** | : | |
| Plaintiffs, | : | Civil Action |
| v. | : | No. 23-5148 |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

The parties in this action, through the below-identified counsel, stipulate to dismissal of Counts III and IV of the Complaint (ECF No. 1) with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

| | |
|---|---|
| /s/ Mary E. LeMieux-Fillery | /s/ Adam R. Zurbriggen |
| Mary E. LeMieux-Fillery | Adam R. Zurbriggen |
| Law Offices of Eric A. Shore PC | Deputy City Solicitor |
| Two Penn Center, Suite 1240 | Pa. Attorney ID No. 331169 |
| 1500 John F. Kennedy Blvd. | City of Philadelphia Law Department |
| Philadelphia, PA 19103 | 1515 Arch Street, 14th Floor |
| 267-546-0132 | Philadelphia, PA 19102 |
| maryf@ericshore.com | 215-683-5114 (Phone) |
| | 215-683-5397 (Fax) |
| *Counsel for Plaintiffs* | adam.zurbriggen@phila.gov |
| | |
| | *Counsel for Defendants City of Philadelphia Sheriff Rochelle Bilal, and Sergeant Byron Hardman* |
| Date: January 19, 2024 | |
| | **SO ORDERED:** |
| Date: January 23, 2024 | /s/ Joshua D. Wolson |
| | JOSHUA D. WOLSON, J. |