## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYSHA MELTON, et al.,** *Plaintiffs,* v. **CITY OF PHILADELPHIA, et al.,** *Defendants.* | Case No. 2:23-cv-05148-JDW |

### ORDER

**AND NOW**, this 12th day of April, 2024, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim (ECF No. 9) and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED WITH PREJUDICE** because no amendment would cure the problems that I have identified in the accompanying Memorandum.

The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.